UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LEONARDO ALBA,

vs.

DEUTSCHE BANK TRUST COMPANY AMERICAS,

_____/

1:08-CV-01553 OWW

NOTICE OF HEARING ON DISMISSAL FOR LACK OF PROSECUTION

TO PLAINTIFF LEONARDO ALBA:  YOU ARE HEREBY NOTIFIED that the above-entitled action has been placed on the calendar of the Honorable Oliver W. Wanger, U.S. District Judge, in Courtroom Three of the above-entitled court located at 2500 Tulare Street, Courtroom Three, Fresno, California, on March 9, 2009 at 10:00 AM, for dismissal for lack of prosecution.

YOU ARE DIRECTED TO SHOW CAUSE by affidavit or certificate why the action should or should not be dismissed.  Such affidavits or certificates are to be filed at least seven days prior to the hearing.  Failure to comply will result in dismissal of the action and/or other sanctions.

DATED:  February 4, 2009

VICTORIA MINOR, Clerk

By:
A. Timken, Deputy Clerk