UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARDO ALBA,<br><br>        Plaintiff,<br><br>   v.<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS<br><br>        Defendant. | 08-cv-1553 OWW SMS<br><br>ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |

It appearing that the plaintiff having failed to prosecute this action and having failed to respond to the courts Order To Show Cause;

IT IS HEREBY ORDERED that this action is dismissed without prejudice.

IT IS SO ORDERED.

**Dated: March 12, 2009**            /s/ Oliver W. Wanger
                                                UNITED STATES DISTRICT JUDGE

1